[No. 4360-6-III.   Division Three.   November 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY RAY HICKS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 4161, Fred R. Staples, J., entered

December 23, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.